# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Nos. 2:09-mj-023- |
| | ) | |
| Plaintiff, | ) | <u>ORDER FOR DISMISSAL AND QUASHING WARRANT</u> |
| vs. | ) | |
| | ) | |
| OMI PAGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against defendant Omi Pagan and request to quash any associated warrant.

DATED this  17th   day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this   19th   day of February, 2021.

UNITED STATES MAGISTRATE JUDGE

1